```
MELINDA HAAG, SBN CA 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN MALEY, SBN CA 176877
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8974
        Facsimile:  (415) 744-0134
        E-Mail: ann.maley@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KILVEN WATTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 5:13-CV-02828-HRL<br>ORDER ON<br>STIPULATION TO EXTEND<br>DEFENDANT'S TIME TO FILE HER<br>MOTION FOR SUMMARY<br>JUDGMENT BY 14 DAYS (SECOND<br>REQUEST)<br><br>(Re:  Dkt. No. 16) |

TO THE HONORABLE HOWARD R. LLOYD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to extend Defendant's time to file her motion for summary judgment by fourteen (14) days, from

//

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Extension, 5:13-CV-02828-HRL　　　　　　　　1

1  January 25, 2014 to February 8, 2014.  Defendant respectfully requests this brief, second extension of
2  time to allow Defendant's counsel to consult with her client regarding this matter and continue possible
3  settlement negotiations with Plaintiff's counsel.

Respectfully submitted,

Date: January 22, 2014

By:  /s/ *Lisa Douglass
     LISA DOUGLASS
     (*authorized by email on January 21, 2014)
     Attorneys for Plaintiff

Date: January 22, 2014

MELINDA HAAG
United States Attorney

By:  /s/ Ann L. Maley
     ANN L. MALEY
     Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 23, 2014

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Extension, 5:13-CV-02828-HRL                    2